```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
UNITED STATES OF AMERICA                  :
                                          :          S1 25cr484-2(DLC)
                 -v-                       :
                                          :             ORDER
MALIEK LUGG,                              :
                                          :
                    Defendant.            :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having received the defendant's letter of May 22, 2026 requesting the appointment of new counsel, it is hereby

ORDERED that a conference to address the request is scheduled for June 4, 2026 at 11:00 AM in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
          June 3, 2026

_____
DENISE COTE
United States District Judge