UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :        S1 25cr484-2(DLC)
                                           :
          -v-                              :             ORDER
                                           :
MALIEK LUGG,                               :
                                           :
                    Defendant.             :
                                           :
-------------------------------------------X

DENISE COTE, District Judge:

As set forth on the record at the conference held on June 9, 2026, it is hereby

ORDERED that CJA Counsel Lance Clarke is appointed to represent the defendant.  Current CJA Counsel Micheal Gilbert will be relieved upon the representation by Mr. Clarke that he no longer needs Mr. Gilbert's assistance in this representation.

Dated:    New York, New York
          June 9, 2026

_____
              DENISE COTE
         United States District Judge