UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                :

UNITED STATES OF AMERICA,         :      S1 25cr484-2(DLC)
                                :

       -v-                 :        <u>ORDER</u>
                                :

MALIEK LUGG,                :
                                :

             Defendant.     :
                                :
-------------------------------------------X

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that a change of plea is scheduled for

June 29, 2026 at 11:00 AM in Courtroom 18B, 500 Pearl Street,

New York, New York.

Dated:    New York, New York
         June 25, 2026

_____
          DENISE COTE
    United States District Judge