```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :        S1 25cr484-2(DLC)
                                         :
          -v-                            :            ORDER
                                         :
MALIEK LUGG,                             :
                                         :
               Defendant.                :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the change of plea hearing is rescheduled to **July 2, 2026 at 10:00 AM** in Courtroom 18B, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          June 29, 2026

_____
          DENISE COTE
United States District Judge